

# TEXAS DEPARTMENT OF AGRICULTURE
## COMMISSIONER SID MILLER

February 16, 2018

Ms. Ann McCauley
Executive Vice President, Secretary and General Counsel
The TJX Companies, Inc.
770 Cochituate Road
Framingham, Massachusetts 01701

Mr. Talat Mahmood, Director
AQ Textiles LLC
214 Staunton Drive
Greensboro, North Carolina 27410

AQ Textiles LLC
7622 Royster Road
Greensboro, North Carolina 27455

Creative Textile Mills PVT. LTD
212 Cama Industrial Estate
Sun Mill Compound Mumbai
Maharashtra 400013 India

Re:    Thread count

       Ultra Lux 800 TC Wrinkle Resistant Luxury Sateen Weave Six Piece Queen Sheet Set (the "Goods")—Alleged 800 Thread Count

Attention Distributor(s), Manufacturer(s) and Retailer(s) of the Goods:

The Texas Department of Agriculture (TDA) has received a complaint concerning thread count of the Goods listed in Attachment A to this letter.

The Goods listed in Attachment A were distributed with the representations listed in Attachment A to this letter.

TDA has obtained the quantity test results as shown in Attachment B to this letter. Based on its review of the information described above, TDA has determined the manufacturer(s), distributor(s) and retailer(s) stated above may have, pursuant to Texas Business and Commerce Code, Section 17.46, Deceptive Trade Practices Unlawful, engaged in deceptive trade acts as follows:

The TJC Companies, Inc.
AC Textiles LLC
Creative Textile Mills Pvt. Ltd.
Ultra Lux 800 TC – Thread Count
February 16, 2018
Page 2 of 3

1. Advertising the Goods as having a thread count of 800, when in fact, according to the test results shown in Attachment B, the Goods have a thread count of 293, which constitutes a materially false, misleading or deceptive practice.

2. Representing the Goods have characteristics which they do not have.

3. Representing that Goods are of a particular standard, when they are of another.

4. Failing to disclose information concerning Goods which was known at the time of the consumer's purchase when such failure to disclose information was intended to induce the consumer into a transaction into which the consumer would not have entered had the information that the thread count was incorrect been disclosed.

By copy of this letter, the Texas Department of Agriculture is requesting that the Office of the Attorney General, State of Texas, Consumer Protection Division, and the Federal Trade Commission, investigate the matters stated herein, and in the event said agencies determine that the deceptive trade practices stated above have occurred, to prosecute said actions to the fullest extent of federal and state law.

TDA urges you, in order to mitigate possible damage occurring to consumers purchasing the Goods mentioned herein, to stop sales of said Goods, or to correctly repackage said Goods to reflect the proper characteristics of said Goods.

In the event you are not a manufacturer, distributor or retailer of the above mentioned Goods, please contact Mr. Stuart Strnad, Director for Consumer Product Protection, Agriculture and Consumer Protection Division, Texas Department of Agriculture, at 512-463-7476, or by writing him at P.O. Box 12847, Austin, Texas 78711, and provide the name and address of the manufacturer/distributor, if such is known to you, to help TDA protect consumers.

Sincerely,

Tim Kleinschmidt, General Counsel
Texas Department of Agriculture
(512) 463-6260
Tim.Kleinschmidt@TexasAgriculture.gov

The TJC Companies, Inc.
AC Textiles LLC
Creative Textile Mills Pvt. Ltd.
Ultra Lux 800 TC – Thread Count
February 16, 2018
Page 3 of 3

cc:    Office of the Attorney General
       Consumer Protection Division
       PO Box 12548
       Austin, TX 78711-2548

       Consumer Complaints
       Federal Trade Commission
       600 Pennsylvania Avenue, NW
       Washington, DC 20580

Texas State Thread Count Investigation_00023

Attachment "A"

**IMG 0206 <u>Ultra Lux 800 Thread Count Sold</u> at TJMaxx**



Texas State Thread Count Investigation_00024



**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Certified Third Party Test Report

**DATE:** November 28, 2017              **FILE:** TEXASD.A112017B

**CLIENT:** Texas Dept. of Agriculture     **ATTN:** Stuart Strnad
1700 N Congress Ave, Ste 1125E
Austin, TX 78701

**SAMPLE IDENTIFIED BY CLIENT AS:**

Pillowcase Submitted
Name: Ultra Lux
Style: Wrinkle Resistant Luxury Sateen Weave
Lot #: 20372103377AQT
Ref: 800 Thread Count, 6PC Queen Sheet Set
Color Dark Taupe

**TEST PROCEDURES:**                      **TEST RESULTS:**

**THREAD COUNT**
**(ASTM D3775):**                         293

**COMMENT:**                              Assumes 2 picks weaving as 1.
                                          Ends are spun. Picks are filament.
                                          Filling yarn is partially separable.

Signed For The Company By

Adam R. Varley
Technical Director

JG/11

Stacy Sadowy
Quality Assurance Manager

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.

ilac-MRA   ACCREDITED
Testing Cert #2180.01

Texas State Thread Count Investigation_00025