# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH ADAM AND REBECCA FOLEY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE TJX COMPANIES INC.,<br><br>　　　　　　Defendant. | Case No.: 1:17-cv-11260-MLW |

## PARTIES' STIPULATION OF DISMISSAL

Plaintiffs Elizabeth Adam and Rebecca Foley ("Plaintiffs") and Defendant The TJX Companies, Inc. ("TJX" and, together with Plaintiffs, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, do hereby submit a stipulation of dismissal by all parties who remain in this action at the time of this filing.

The initial *Complaint* in this action was filed by Plaintiffs on July 10, 2017 against TJX, AQ Textiles LLC ("AQ"), and Creative Textile Mills Pvt. Ltd. ("Creative"). (Dkt. No. 1.) Motions to dismiss the *Complaint* were filed by AQ (Dkt. No. 26) and TJX (Dkt. No. 28). Before the Court adjudicated those motions, Plaintiffs filed an *Amended Complaint* on October 20, 2017 (Dkt. No. 34), as to which motions to dismiss were again filed by TJX for lack of subject matter jurisdiction and failure to state a claim with a request for judicial notice (Dkt. No. 37-40), and by AQ and Creative for lack of subject matter and personal jurisdiction, and failure to state a claim (Dkt. Nos. 35-36 and 80-81, respectively). At the hearing on those motions on April 15, 2020, the Court dismissed AQ and Creative for lack of personal jurisdiction. (*See* Dkt. No. 144.) On May 15, 2020, Plaintiffs filed a *Second Amended Complaint* against TJX only. (Dkt. No. 149.) TJX moved to dismiss the *Second Amended Complaint*, requesting judicial notice of certain documents, on June 15, 2020. (Dkt. Nos. 150-151.)

-1-

On January 15, 2021, the Court heard oral argument on the pending *Motion to Dismiss the Second Amended Complaint* filed by TJX, at which time the Court took the motion under advisement. (*See* Dkt. No. 158.) The Court issued an *Order* on January 19, 2021 requiring, *inter alia*, that the Parties confer and report back to the Court by January 25, 2021 regarding whether they have agreed to settle this case. (*Id.*) In satisfaction of that *Order*, the Parties conferred regarding potential settlement of this action on January 21 and 22, 2021 and intend that this Stipulation of Dismissal satisfy the Court's January 19, 2021 *Order*.

Plaintiffs have agreed to voluntarily dismiss all claims they assert in the above-captioned action against TJX with prejudice. Since no motion to certify a class has been filed in this action, the Plaintiffs dismiss their claims against TJX solely in their individual capacities. This dismissal expressly does not extend to any claims and allegations asserted at any time by Plaintiffs against AQ and/or Creative in this action, which have previously been dismissed by the Court for lack of personal jurisdiction. In addition, this dismissal expressly does not extend to Plaintiffs' claims and allegations in the action filed by Plaintiffs against AQ and Creative in the United States District Court for the Middle District of North Carolina on June 11, 2020 (Case No. 1:20-cv-00520-LCB-JLW).

Accordingly, based on the foregoing conditions, the Parties stipulate to the voluntary dismissal of Plaintiffs' remaining claims against TJX in the above-captioned action in their entirety and with prejudice. The Parties will bear their own respective costs and attorneys' fees.

Dated: January 25, 2021                                     Respectfully submitted,

/s/ Erica Mirabella
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
T. (855) 505-5342
E. erica@mirabellallc.com

-2-

Charles LaDuca
Brendan Thompson
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
T. (202) 789-3960
F. (202) 789-1813
E. charles@cuneolaw.com
   Brendant@cuneolaw.com

Charles Schaffer
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
T. (877) 882-1011
F. (215) 592-4663
E. cshaffer@lfsblaw.com

Michael McShane
Audet & Partners, LLP
711 Van Ness Avenue
Suite 500
San Francisco, CA 94102
T. (415) 568-2555
E. mmcshane@audetlaw.com

Bruce W. Steckler
Stuart L. Cochran
L. Kirstine Rogers
Steckler Gresham Cochran PLLC
12720 Hillcrest Road
Suite 1045
Dallas, TX 75230
T. (972) 387-4040
E. bruce@stecklerlaw.com
stuart@stecklerlaw.com
krogers@stecklerlaw.com

*Counsel for Plaintiffs*

        */s/ P. Craig Cardon*
_____

P. Craig Cardon (admitted *pro hac vice*)
Benjamin O. Aigboboh (admitted *pro hac vice*)
Alyssa M. Shauer (admitted *pro hac vice*)
SHEPPARD MULLIN RICHTER HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6055
Tel.:      310.228.3700
Fax:      310.228.3701
Email:    cardon@sheppardmullin.com
              baigboboh@sheppardmullin.com
              ashauer@sheppardmullin.com

John P. Bueker (BBO #636435)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.:      617.951.7951
Fax:      617.235.0609
Email:    john.bueker@ropesgray.com


*Attorneys for Defendant*
THE TJX COMPANIES, INC.

## **PROOF OF SERVICE**

      I, Erica Mirabella, hereby certify that this foregoing document has been electronically filed via the Court's CM/ECF system and is available for viewing and downloading from the Electronic Case Filing ("ECF") System. Notice has been sent through the ECF System to all counsel of record.

Dated: January 25, 2021                        Respectfully submitted,

                                                             /s/ Erica Mirabella
                                                             Erica Mirabella

SMRH:4823-3690-1337.1